FILED

10/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0117

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. 21-0117

Henry and Diane Belk,

   Plaintiffs

  vs.

Montana Department of Environmental Quality, an agency of the State of Montana, and Glacier Stone Supply, LLC,

   Defendants,

State of Montana by and through the Office of the Attorney General,

   Intervenor,

-----------------------------------------

Herb Engel and Art Vail,

   Plaintiffs,

vs.

Montana Department of Environmental Quality, and agency of the State of Montana, and Glacier Stone Supply, LLC, a Montana Limited Liability Company,

   Defendants.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Appellants have moved the Court for an extension of time to and including November 17, 2021, to file their Reply Brief. The motion being unopposed, and finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's Reply Brief is due on or before November 17, 2021.

No further extensions will be granted.

DATED AND ELECTRONICALLY SIGNED BELOW

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 18 2021